1  HELANE L. MORRISON (Bar No. 127752)
SUSAN LAMARCA (Bar No. 215231)
2    (lamarcas@sec.gov)
SHEILA E. O'CALLAGHAN (Bar No. 131032)
3    (ocallaghans@sec.gov)

4  Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
San Francisco, California 94104
6  Telephone:  (415) 705-2500                                    **E-filed 1/29/07**

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,    Case No. C-06-2239 JF (PVT)

13              Plaintiff,

14       v.                                  **STIPULATION AND ~~PROPOSED~~ ORDER
                                             TO CONTINUE DATE FOR FURTHER
15  THOMAS A. SKOULIS and PETER M. FRANKL,   CASE MANAGEMENT CONFERENCE**

16              Defendants.

17

18

19       Securities and Exchange Commission ("Commission") and defendants Thomas A. Skoulis

20  and Peter M. Frankl (collectively, "the parties"), by and through their respective counsel, hereby

21  agree and stipulate as follows:

22       WHEREAS:

23       1.      On October 27, 2006, the Court held the initial Case Management Conference in

24  this case, during which the Court referred this case to Magistrate Judge Patricia V. Trumbull for

25  a settlement conference.   The Court also scheduled a further Case Management Conference for

26  February 2, 2007.

27

28

1    2.    The parties have a settlement conference scheduled with Judge Trumbull on

2   February 9, 2007.  The parties were not able to find an earlier date that met the various schedules

3   of the parties and their respective counsel, as well as the Court.

4    3.    Counsel for defendants are unavailable on February 16 and 23, 2007.

5   STIPULATION:

6    4.    The parties therefore stipulate that the Case Management Conference currently

7   scheduled for February 2, 2007 should be moved to March 2, 2007, or as soon thereafter as the

8   Court's schedule will permit.

9

10   IT IS SO STIPULATED:

11

12   DATED:    January 25, 2007    Respectfully Submitted,

13

14   /s/_____
    Susan F. LaMarca
15   SECURITIES AND EXCHANGE COMMISSION

16

17   /s/_____
    Steven R. Manchester
18   MANCHESTER, WILLIAMS & SEIBERT
    Attorneys for Defendant Peter A. Frankl
19

20

    /s/_____
21   Richard Marmaro
    Robert J. Herrington
22   SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
23   Attorneys for Defendant Thomas A. Skoulis

24

25

26

27

28

Stipulation and Proposed Order to                    2                    Case No. C-06-2239 JF (PVT)
Extend Date for Case Management Conference

1   **IT IS SO ORDERED.**

2

3

4

Dated: ___1/26/07_____   _____

5   Jeremy Fogel

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28