HELANE L. MORRISON (Bar No. 127752)
SUSAN LAMARCA (Bar No. 215231)
 (lamarcas@sec.gov)
SHEILA E. O'CALLAGHAN (Bar No. 131032)
 (ocallaghans@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS A. SKOULIS and PETER M. FRANKL,<br><br>　　　　　　Defendants. | Case No. C-06-2239 JF (PVT)<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DATE FOR FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:　June 8, 2007 (currently scheduled)<br>　　　　July 13, 2007 (proposed new date)<br>Time:　10:30 a.m.<br>Place: Courtroom 3, 5th Floor |

　　　　Securities and Exchange Commission ("Commission") and defendants Thomas A. Skoulis and Peter M. Frankl (collectively, "the parties"), by and through their respective counsel, hereby agree and stipulate as follows:

　　　　WHEREAS:

　　　　1.　　On April 6, 2007, the Court held a further Case Management Conference in this case, during which the parties in attendance informed the Court of progress in settlement, due to the referral of this matter to Magistrate Judge Trumbull for a settlement conference conference held on February 9, 2007. The Court also set the trial date for January 18, 2008.

2. Since the last CMC, the Commission has received an offer of settlement from Defendant Frankl, which is currently pending the Commission's determination as to whether to accept or reject based on the recommendation of the Commission's counsel.

3. In addition, counsel for the Commission's and for Defendant Skoulis are continuing to discuss the potential for settlement and believe that the additional proposed time before the next CMC would permit for counsel to better inform the Court of the likelihood for settlement.

STIPULATION:

4. The parties therefore stipulate that the Case Management Conference currently scheduled for June 8, 2007 should be moved to July 13, 2007, or as soon thereafter as the Court's schedule will permit.

IT IS SO STIPULATED:

DATED:    May 29, 2007           Respectfully Submitted,


/s/_____
Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION


/s/_____
Steven R. Manchester
MANCHESTER, WILLIAMS & SEIBERT
Attorneys for Defendant Peter A. Frankl


/s/_____
Richard Marmaro
Robert J. Herrington
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Attorneys for Defendant Thomas A. Skoulis

1  **IT IS SO ORDERED.**

2

3

4

5  Dated: __5/31/07_____    _____
                                       Jeremy Fogel
6                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28