**E-filed 9/27/07**

1  HELANE L. MORRISON (Bar No. 127752)
   SUSAN LAMARCA (Bar No. 215231)
2    (lamarcas@sec.gov)
   SHEILA E. O'CALLAGHAN (Bar No. 131032)
3    (ocallaghans@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone:  (415) 705-2500

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,    Case No. C-06-2239 JF (PVT)

13          Plaintiff,

                                          **STIPULATION AND ~~PROPOSED~~ ORDER**
14      v.                                **TO CONTINUE PRETRIAL DATES**

15  THOMAS A. SKOULIS and PETER M. FRANKL,

16          Defendants.

17

18

19        Plaintiff Securities and Exchange Commission ("Commission") and defendants Thomas A.

20  Skoulis and Peter M. Frankl (collectively, "the parties"), by and through their respective counsel,

21  hereby agree and stipulate as follows:

22        WHEREAS:

23        1.      A settlement conference was held by Magistrate Judge Trumbull with the parties

24  on February 9, 2007.

25        2.      Counsel for the Commission has now received written offers to settle the action

26  from each of the defendants, which counsel has informed the defendants (through their

27  respective counsel) the Commission's staff will recommend the Commission accept.

28

1    3.    In order to permit sufficient time for the Commission to consider these offers, without

2    imposing further costs on the defendants, the parties agree that a suspension of all currently

3    scheduled pretrial dates, and a continuation of the currently scheduled date for the Court's next Case

4    Management Conference for approximately 60 days, is approropriate.

5    STIPULATION:

6    4.    The parties therefore stipulate and agree that the Case Management Conference

7    currently scheduled for October 12, 2007 at 10:30 a.m., should be continuued to December 14,

8    2007 at 10:30 a.m., or as soon thereafter as the Court's schedule will permit.

9    5.    The parties further stipulate and agree that all pretrial dates currently scheduled in

10   this matter (including the final dates to complete fact and expert discovery, and the last date to

11   provide expert disclosures pursuant to Fed. Rule Civ. Proc. 26(a)(2)) should be suspended.  The

12   parties agree to propose a new schedule to the Court for consideration at the next scheduled Case

13   Management Conference, if necessary.

14

15   IT IS SO STIPULATED:

16

17   DATED:    September 21, 2007    Respectfully Submitted,

18

19    /s/_____
20    Susan F. LaMarca
      SECURITIES AND EXCHANGE COMMISSION
21

22    /s/_____
      Steven R. Manchester
23    MANCHESTER, WILLIAMS & SEIBERT
      Attorneys for Defendant Peter A. Frankl
24

25    /s/_____
26    Robert J. Herrington
      SKADDEN, ARPS, SLATE,
27    MEAGHER & FLOM LLP
      Attorneys for Defendant Thomas A. Skoulis
28

Stipulation and Proposed Order to          2          Case No. C-06-2239 JF (PVT)
Continue Pretrial Dates

1    **IT IS SO ORDERED.**

2

3

4

5

6

7    Dated: __9/27/07_____          _____
                                           Jeremy Fogel
8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28